[No. 14546-4-II.   Division Two.   August 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER D. ZARAGOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 254989R020, James M. Marshall, J. Pro Tem.,

entered November 1, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Petrich, J. Pro Tem.